# Court of Appeals
# of the State of Georgia

ATLANTA,  August 31, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0663. VERONICA BRINSON v. ANDREW FOSTER.**

On August 20, 2019, the trial court entered an order finding Veronica Brinson to be in contempt. Brinson filed both a timely motion for new trial and a notice of appeal.  We lack jurisdiction to consider this appeal because the trial court has not yet ruled on the motion for new trial.

In a civil case, "[a] notice of appeal from the judgment, filed while a motion for new trial is pending, and unaccompanied by a proper certificate for immediate review, confers no jurisdiction in the appellate court and results in a dismissal of the appeal." (Punctuation omitted.)  *Auld v. Weaver*, 196 Ga. App. 782 (397 SE2d 51) (1990); see also *Griffin v. Loper*, 209 Ga. App. 504 (433 SE2d 653) (1993). Because Brinson filed this appeal before the trial court entered a ruling on her motion for new trial, it is premature and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/31/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.